ELIZABETH ROTHER, RESPONDENT, v. MERCHANTS RE-
FRIGERATING CO., APPELLANT.

Submitted May 26, 1939—Decided September 22, 1939.

For the appellant, *Reginald Spell* and *Wilbur A. Stevens.*

For the respondent, *Ziegler & Brenner.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmace*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ.   13.

*For reversal*—None.